[No. 52719-3-I. Division One. October 18, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEANETTE M. McMARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-05777-9, George T. Mattson, J., entered June 30, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52925-1-I. Division One. October 18, 2004.]

*In the Matter of the Personal Restraint of* JACKIE DEMPERE, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished per curiam opinion.

[No. 52962-5-I. Division One. October 18, 2004.]

RUSS NEWKIRK, *Appellant*, v. EVAN K. McMULLEN, *in his Corporate Capacity and Individually*, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 02-2-07097-3, James A. Doerty, J., entered August 22 and September 10, 2003. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse and Appelwick, JJ.

[No. 52970-6-I. Division One. October 18, 2004.]

VIVECA SANAI, ET AL., *Appellants*, v. SASSAN SANAI, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-06858-4, Ellen J. Fair, J., entered August 5, 2003. *Reversed* by unpublished per curiam opinion.